IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM W. LIBECCO,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | 2:08cv51<br>Electronic Filing |
| COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Defendant. | )<br>)<br>)<br>) | Judge Cercone<br>Magistrate Judge Mitchell |

## MEMORANDUM ORDER

AND NOW, this __11__ day of August, 2008, after the plaintiff filed a petition seeking review of the determination of the Commissioner of Social Security denying his claim for a period of disability or for disability insurance benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and after independent review of the pleadings, the administrative record, and the Report and Recommendation of the Magistrate Judge, which is incorporated and adopted as the Opinion of this Court,

IT IS ORDERED that the plaintiff's motion for summary judgment (Document No. 10) is DENIED, that the defendant's motion for summary judgment (Document No. 13) is GRANTED, and that the decision of the Commissioner is affirmed.

                                                              _/s/ Cercone_
                                                David Stewart Cercone
                                                United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

Christine M. Nebel, Esquire
220 South Washington Street
Butler, PA 16001

Jessica Smolar, AUSA
United States Attorney's Office
Suite 4000
700 Grant Street
Pittsburgh, PA 15219